PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
TRACEY WIRMANI, TXBN 24088661
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: (214) 767-4529
    E-Mail: tracey.wirmani@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CASEY ELLEN FICKARDT,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-CV-00250-EFB<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from March 28, 2022, up to and including April 27, 2022.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the 2204-page administrative record in light of the three issues raised in Plaintiff's motion and of the prior Court proceedings in Plaintiff's claim.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 28, 2022  /s/ *Young Yim* *
(*as authorized via e-mail on March 28, 2022)
YOUNG YIM
Attorney for Plaintiff

Dated: March 28, 2022  PHILLIP A. TALBERT
United States Attorney

PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Tracey Wirmani*
TRACEY WIRMANI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 27, 2022, to respond to Plaintiff's Motion for Summary Judgment.

DATED: March 29, 2022.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE