Young Bin Yim, CA State Bar No. 232340
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ELLEN FICKARDT,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | ) Case No. 2:21-CV-00250-EFB<br>)<br>) ~~PROPOSED~~ **ORDER AWARDING**<br>) **ATTORNEY FEES UNDER THE**<br>) **EQUAL ACCESS TO JUSTICE**<br>) **ACT, PURSUANT TO 28 U.S.C.**<br>) **§ 2412(d), AND COSTS, PURSUANT**<br>) **TO 28 U.S.C. § 1920**<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under 28 U.S.C. § 2412(d) in the amount of SEVEN THOUSAND THREE HUNDRED SIXTY FIVE DOLLARS AND FIFTY FIVE CENTS ($7,365.55), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND TWO DOLLARS ($402.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: December 20, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE